BLANK – FILE CORRECTION