IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1300-NYW-STV

**SHAVONNE BLADES,**
**BRIAN LOMA,**
**WINSTON NOLES,**
**JOHN REED and**
**ELIJAH WESBROCK,**

    Plaintiffs,

v.

**THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation, and OFFICER DOES 1-100, in their individual capacities**

    Defendants.

## NOTICE OF SETTLEMENT

COME NOW, Plaintiffs, Shavonne Blades, Winston Noles, John Reed and Elijah Wesbrock, by and through their attorney, Baumgartner Law, LLC, and pursuant to F.RC.P. 41(a)(1) hereby give notice of a settlement in the above referenced action. Plaintiffs also note for the Courts convenience that the other remaining Plaintiff in this matter, Brian Loma, has filed a Notice of Settlement. [ECF 79]. Plaintiffs anticipate the appropriate pleadings to effectuate the dismissal of this matter will be filed on or before June 30, 2025.

    Respectfully submitted,

    **BAUMGARTNER LAW, L.L.C.**
    *s/ S. Birk Baumgartner*
    S. Birk Baumgartner
    730 17th Street, Suite 340
    Denver, CO 80202

Phone: (303) 519-3476
Fax: (720) 634-1018
birk@baumgartnerlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2025, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via email:

Peter H. Doherty
Lasater &Martin, PC
*Attorneys for Defendants*

Andy McNulty
Newman McNulty
*Attorneys for Brian Loma*

 *s/ Rachael Wallace*
Rachael Wallace

2